ACCEPTED
03-14-00112-CV
8418545
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 9:32:10 AM
JEFFREY D. KYLE
CLERK

# 03-14-00112-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 9:32:10 AM
JEFFREY D. KYLE
Clerk

COURT OF APPEALS

THIRD DISTRICT OF TEXAS AT AUSTIN

_____

DR. JAMES JONES

Appellant,

v.

ANGELO STATE UNIVERSITY

Appellee.

_____

Appeal from 340th Judicial District Court,
Tom Green County, Hon. Jay Weatherbee presiding (No. C-110-272)

_____

UNOPPOSED MOTION TO EXTEND FILING DATE
FOR MOTION FOR REHEARING

_____

This Court issued its Judgment on December 23, 2015, and motions for rehearing are due on January 7, 2016.

Now Appellant hereby requests a 30-day extension of this deadline to February 6, 2016. This will be the first extension of this deadline. Appellant seeks this extension because his lead counsel faces deadlines in other cases, as follows:

1

a.  January 5, 2016:  Reply Brief in No. 02-15-00268-CV; *Molly Bellefeuille, DVM v. Equine Sports Medicine & Surgery, Weatherford Division, PLLC*, Second Court of Appeals; and

b.  January 6, 2016:  Petition for Review in No. 02-14-00259-CV; *1707 New York Ave., LLC v. City of Arlington*, Second Court of Appeals;

Accordingly, Appellant respectfully requests that the deadline for his motion for rehearing be extended to February 6, 2016.

Respectfully submitted,

**/s/ Frank Gilstrap            07964000**
Hill Gilstrap, PC
1400 W. Abram
Arlington, Texas  76013
817-261-2222
817-861-4685 fax
fgilstrap@hillgilstrap.com

ATTORNEY FOR APPELLANT

CERTIFICATE OF CONFERENCE

I have conferred with the Appellees' counsel, who stated that he does not oppose the requested extension.

**/s/ Frank Gilstrap**

## CERTIFICATE OF SERVICE

On December 28, 2016, a copy of the foregoing Motion to Extend for

Rehearing was served on the following counsel of record:

James C. Todd
Assistant Attorney General
Texas Attorney General's Office
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548


**/s/ Frank Gilstrap**